UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                           CASE NO.   8:05-cr-527-SDM-AEP
                                                        8:25-cv-1065-SDM-AEP

BRYAN TIMOTHYLEENARD SMITH,

_____/

**ORDER**

The clerk opened this civil action upon receipt of a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, which was filed by a non-attorney putatively acting on behalf of Bryan Timothyleenard Smith. (Civ. Doc. 1) In 2006, a jury found Smith guilty of one count of conspiracy to commit Hobbs Act robbery, two counts of Hobbs Act robbery, one count of attempted Hobbs Act robbery, and three counts of using a firearm during a crime of violence. (Crim. Docs. 81 and 82) Smith serves a sentence of 140 years' imprisonment. (Crim. Doc. 115)

Federal Rule of Civil Procedure 11(a) requires that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented." Similarly, Rule 2(b)(5) of the Rules Governing Section 2255 Proceedings for the United States District Courts requires that a motion filed under that section "be signed under penalty of perjury by the movant or by a person authorized to sign it for the movant." Smith has not signed this motion.

A non-attorney third party cannot proceed on behalf of a litigant. *See* 28 U.S.C. § 1654 (stating that "parties may plead and conduct their own cases personally or by counsel"); *Warth v. Seldin*, 422 U.S. 490, 499 (1975) (stating that a "plaintiff generally must assert his own legal rights and interests and cannot rest his claim to relief on the legal rights or interests of third parties"). The motion to vacate is signed by Brittany A. Fields, who describes herself as "an advocate acting in good faith on behalf of Bryan Timothy Smith." (Civ. Doc. 1-3 at 1) Fields is not a lawyer, and she neglects to explain her authority to move on Smith's behalf.

Accordingly, the clerk must **DENY** the motion (Civ. Doc. 1) as unauthorized, close this action, and enter a copy of this order in the criminal action. The clerk must mail a copy of this order to Smith at his current place of incarceration at FCI Coleman Medium.

ORDERED in Tampa, Florida, on April 30, 2025.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE